# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Gwendolyn Bissette | Adv. 19-50815 (JKS) |
| Forecast Financial Group LLC, Forrest Financial LLC And Gary Forrest | Adv. 19-51070 (JKS) |
| Sesco Benefit Services, Inc. and Peter Holler | Adv. 19-51064 (JKS) |
| IALT Enhanced Income Portfolio I, LLC, IALT Portfolio Management, LLC and Devon Mason, Inc., | Adv. 19-50895 (JKS) |
| Schwartz Media Buying Company, LLC, *et al.*, | Adv. 19-51076 (JKS) |
| Gregg W. Butler, | Adv. 19-50958 (JKS) |
| Harold Plain, | Adv. 19-50974 (JKS) |
| Joseph A. Loox, | Adv. 19-50978 (JKS) |
| Kerstin Rodriguez, | Adv. 19-50837 (JKS) |
| Christopher M. Soulier, | Adv. 19-51050 (JKS) |
| Defendants. | |
| | **Ref. Docket No. 4727** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANGELA CHACHOFF, being duly sworn, deposes and says:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2022, I caused to be served the "Amended Notice of Agenda of Matters Scheduled for Hearing on February 8, 2022 at 10:30 a.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated February 7, 2022 [Docket No. 4727],

   by causing a true and correct copy to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to greggwbutler@yahoo.com, and HAL.PLAIN@GMAIL.COM, and josephlook@gmail.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Angela Chachoff*
                                                        Angela Chachoff

Sworn to before me this
8th day of February, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHRISTOPHER M SOULIER | | 602 WILLIAM WAY | | | WAUNAKEE | WI | 53597 |
| CORP SERVICE COMPANY, R/A FOR | IALT ENHANCED INCOME PORTFOLIO LLC | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| DEVON MASON, INC. | ATTN: NEAL MARKS, R/A | 23801 CALABASAS ROAD, SUITE 2026 | | | CALABASAS | CA | 91302-1664 |
| DEVON MASON, INC. | ATTN:  IVAN ACEVEDO CEO | 10311 JOVITA AVE | | | CHATSWORTH | CA | 91311 |
| FORREST FINANCIAL LLC | ATTN:  GARY A FORREST, R/A | 5250 WYNDEMERE COMMON SQ | | | SWARTZ CREEK | MI | 48473 |
| GWENDOLYN BISSETTE | | 325 MUELLER DR | | | CLAYTON | NC | 27520 |
| IALT ENHANCED INC PORTFOLIO I | ATTN: IVAN ACEVEDO | 23801 CALABASAS ROAD, SUITE 2026 | | | CALABASAS | CA | 91302 |
| IALT ENHANCED INCOME PORTFOLIO I | ATTN:CHRISTIAN KATZMAN, MNG PRINCIP | 10311 JOVITA AVE | | | CHATSWORTH | CA | 91311 |
| KERSTIN RODRIGUEZ | | 1550 ROY LN, SP#1 | | | SIMI VALLEY | CA | 93063 |
| SCHWARTZ MEDIA BUYING CO, LLC | A REGISTERED AGENT, INC. AS R/A | 8 THE GREEN, STE. A | | | DOVER | DE | 19901 |
| SESCO BENEFITS SERVICE INC | ATTN PETER D HOLLER, R/A | PO BOX 1965 | | | BRISTOL | TN | 37621 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |