**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>Plaintiff,<br>vs.<br><br>SESCO BENEFIT SERVICES, INC., a Tennessee Corporation; and PETER HOLLER, an individual,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-51064 (JKS) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendants SESCO Benefit Services, Inc. and Peter Holler (together, the "Parties"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this

[*Remainder of Page Intentionally Left Blank*]

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated: August 28, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
acaine@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to Plaintiff*

Dated: August 28, 2026

HILLER LAW, LLC

*/s/ Adam Hiller*

Adam Hiller (DE Bar No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
Email: ahiller@adamhillerlaw.com

*Counsel to SESCO Benefit Services, Inc. and Peter Holler*